UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE CITY OF RENTON, a Washington Municipal corporation and THE WASHINGTON CITIES INSURANCE AUTHORITY,

   Plaintiffs,

   v.

LEXINGTON INSURANCE COMPANY (USA), a foreign corporation doing business in Washington; LEXINGTON INSURANCE COMPANY (UK), a foreign corporation doing business in Washington; and DOES 1 - 100,

   Defendants.

Case No. C06-203RSM

TAXATION OF COSTS

  Costs in the above-entitled cause are hereby taxed against PLAINTIFF CITY OF RENTON and on behalf of DEFENDANTS in the unopposed amount of $5,017.97.

  Entered this ___17th___ day of OCTOBER , 2007 .

_____
Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1