The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE CITY OF RENTON, a Washington Municipal Corporation; THE WASHINGTON CITIES INSURANCE AUTHORITY,<br><br>Plaintiffs,<br>v.<br><br>LEXINGTON INSURANCE COMPANY (US), a foreign corporation doing business in Washington, LEXINGTON INSURANCE COMPANY (UK), a foreign corporation doing business in Washington,<br><br>Defendants. | NO. 2:06-CV-203 RSM<br><br>**ORDER GRANTING JOINT MOTION FOR VACATUR** |

This matter came before the court on the parties' JOINT MOTION FOR VACATUR dated March 6, 2008. Having considered the submission of the parties and the court being now fully informed, it is hereby ORDERED:

1. The parties' JOINT MOTION FOR VACATUR is **GRANTED**;

2. The following order and judgment issued by the court on September 19, 2007 are hereby vacated:

- "Order on Cross-Motions for Summary Judgment" Dkt. #108; and
- "Judgment in a Civil Action" Dkt. #109.

ORDER GRANTING JOINT MOTION FOR VACATUR - 1
2:06-CV-203 RSM
4368-025811  228104

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

DONE IN OPEN COURT this _10_ day of _March_ 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Presented by:*

STAFFORD FREY COOPER, PC

By: _____
    A. Richard Dykstra, WSBA #5114
    Stephanie L. Grassia, WSBA #34907
Attorneys for Plaintiffs

CLAUSEN MILLER, PC

By: _____
    Ian R. Feldman
Attorneys for Defendants Pro Hac Vice

ORDER GRANTING JOINT MOTION FOR VACATUR - 2

2:06-CV-203 RSM
4368-025811  228104

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885